FILED MAR 13 '06 14:45 USBCRI

**R.I. Bankr. Form S**
***See* R.I. LBR 8001-1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Brushy Brook Development Company LLC
Debtor(s)

BK No. 05-13009
Chapter 7

**APPELLANT ELECTION FORM**

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated March 1, 2006, Doc. No. 105.

| APPELLANT(S) | APPELLEE(S) |
|---|---|
| Brushy Brook Development Company, LLC | Intergolf Designs, Inc., James Ottenbacher, and Charles Fogarty |
| Attorney (Firm Name, Address, and Telephone No.)<br>Theodore Orson, Esq.<br>Orson and Brusini Ltd.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903 | Attorney (If known)<br>John Boyajian, Esq.<br>Boyajian, Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906 |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☑ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: ______________________
Signature of Attorney (or Appellant, if pro se)

Dated: March 13, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of March, 2006, a copy of the foregoing *Appellant Election Form* was served upon those parties listed on the General Service List below by regular U.S. Mail, postage prepaid.

## GENERAL SERVICE LIST AS OF MARCH 13, 2006

| | |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br>Attn: John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com | Boulder Brook Development Company, LLC<br>Thomas Carlotto, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Flash Island, Inc.<br>Peter J. Furness, Esq.<br>Brennan, Recupero, Cascione, Scungio & McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 | United States Trustee<br>Office of the United States Trustee<br>10 Dorrance Street<br>Providence, RI 02903 |
| Chapter 7 Trustee<br>Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817 | Vincent Indeglia, Esq.<br>INDEGLIA & ASSOCIATES<br>Attorneys at Law<br>1485 So. County Tr.<br>Ste. 200<br>East Greenwich, RI 02818 |
| Brushy Brook Management Company, LLC<br>Attn: Grant Schmidt, Manager<br>142 North Main Street<br>London, OH 93140 | |