UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 05-13009 [CA] # 06-[redacted]128 ML

2. Title of Bankruptcy Case
   Brushy Brook Development Company, LLC

3. **Appellant:** Brushy Brook Development Company, LLC

   Name & Address of Counsel for Appellant(s):

   Theodore Orson, Esq.
   Orson & Brusini Ltd.
   55 Dorrance Street, Ste. 400
   Providence, RI 02903

   Akhil M. Patel, Esq.
   Thompson Hine LLP
   10 West Broad Street
   Columbus, OH 43215

4. **Appellees:** Charles Fogarty, Intergolf Designes, Inc, James Ottenbacher

   Name & Address of Counsel for Appellee(s):

   John Boyajian, Esq.
   182 Waterman Street
   Providence, RI 02906

5. Additional Counsel: Charles Pisaturo, Esq., (Ch.7 Trustee), Law Offices of Charles A. Pisaturo Jr., 1055 Elmwood Avenue, Providence, RI 02907-2817

   Office of the U. S. Trustee, 10 Dorrance Street, Providence, RI 02903 (401) 528-5551

6. Related Appeals: Yes X No ____

7. Special Comments:
   There are two other appeals pending on related issues in this case - CA 06-127 ML and CA 06-129 ML