FILED MAR 13 '06 14:44 USBCRI

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Brushy Brook Development Company, LLC | : | Case No. 05-13009 |
| | : | |
| | : | |
| Debtor | : | |

---

## NOTICE OF APPEAL

---

Brushy Brook Development Company, LLC ("Brushy Brook"), the above-captioned debtor, appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Rhode Island, from the following judgment, order, and decree, of the bankruptcy judge:

1. Order for Relief under Chapter 7 entered March 1, 2006, (Docket No. 105) (incorporating written and oral findings and conclusions) (copy attached as Exhibit A);

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:



121

| Appellant | Counsel |
|---|---|
| Brushy Brook Development Company, LLC<br><br>Debtor | Theodore Orson<br>Stephen J. Brouillard<br>Orson and Brusini Ltd.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903<br>(401) 223-2100<br>Torson@orsonandbrusini.com |

| Appellee | Counsel |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br><br>Former Petitioning Creditors | John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com |

| Interested Parties | Counsel |
|---|---|
| Flash Island, Inc. | Peter J. Furness<br>Brennan, Recupero, Cascione,<br>Scungio & McAllister<br>362 Broadway<br>Providence, RI 02909<br>(401) 454-2300 |
| Boulder Brook Development Company, LLC | Thomas E. Carlotto<br>SHECHTMAN HALPERIN SAVAGE, LLP<br>1080 Main Street<br>Pawtucket, RI 02860<br>(401) 272-1400 phone<br>(401) 272-1403 fax |
| U.S. Trustee | Leonard DePasquale<br>US Trustee's Office<br>Room 910<br>10 Dorrance Street<br>Providence, RI 02903<br>(401) 528-5551 |
| Chapter 7 Trustee | Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817<br>(401) 274-3800 |

Dated: March 13, 2006

Respectfully submitted,

Theodore Orson, Esq. # 3871
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 223-2100
(401) 861-3103 fax
Torson@orsonandbrusini.com

*Attorneys for Appellant Brushy Brook Development Company, LLC, Debtor*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of March, 2006, a copy of the foregoing *Notice of Appeal* was served upon those parties listed on the General Service List below by regular U.S. Mail, postage prepaid.

**GENERAL SERVICE LIST AS OF MARCH 13, 2006**

| | |
|---|---|
| Intergolf Designs, Inc.<br>James Ottenbacher<br>Charles Fogarty<br>Attn: John Boyajian<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Email: john@bhrlaw.com | Boulder Brook Development Company, LLC<br>Thomas Carlotto, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Flash Island, Inc.<br>Peter J. Furness, Esq.<br>Brennan, Recupero, Cascione, Scungio & McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 | United States Trustee<br>Office of the United States Trustee<br>10 Dorrance Street<br>Providence, RI 02903 |
| Chapter 7 Trustee<br>Charles A. Pisaturo, Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817 | Ralph Palumbo<br>Vincent Indeglia, Esq.<br>INDEGLIA & ASSOCIATES<br>Attorneys at Law<br>1485 So. County Tr.<br>Ste. 200<br>East Greenwich, RI 02818 |
| Brushy Brook Management Company, LLC<br>Attn: Grant Schmidt, Manager<br>142 North Main Street<br>London, OH 93140 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

BRUSHY BROOK DEVELOPMENT CO., LLC
Debtor

BK 05-13009
CHAPTER 7

**ORDER**

This matter came to be heard on January 18, 2006 and various dates thereafter, and concluding on February 15, 2006 on the petitioning creditors' involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code. At hearing, it was conceded by the petitioners that the claim of Intergolf Design, Inc. was subject to a bona fide dispute. Following hearing the Court has found and concluded:

1. The following creditors are determined to be "insiders" of the debtor within the meaning of 11 U.S.C. § 101(31): Ferrucci Russo, PC; Thompson Hine, LLP; James Ottenbacher; Grant Schmidt; East River Design and Development, Inc.; Equity Management Partners, LLC; and Equity Management Resources, LLC;

2. There are fewer than twelve "holders" of claims against the Debtor within the meaning of 11 U.S.C. § 303(b)(2);

3. The claim of James Ottenbacher satisfies the requirements of 11 U.S.C. § 303(b)(2), and is therefore sufficient to sustain the involuntary petition;

**Exhibit A**

In re: Brushy Brook Development Company, LLC BK-05-13009
Order

4. The Debtor is determined to be generally not paying its debts as they become due;

5. The findings and conclusions of this Court with respect to the involuntary petition, whether written or oral, are incorporated herein by reference;

6. Except as stated herein, the Court makes no additional findings.

In light of the foregoing, it is hereby

ORDERED

That relief under chapter 7 of the United States Bankruptcy Code is granted against Brushy Brook Development Company, LLC.

Arthur N. Votolato
Bankruptcy Judge
3/1/06

Entered on Docket 3/1/06

**CERTIFICATION**

I hereby certify that a copy of the within Order was faxed to Theodore Orson, Esq. at 861-3103 and electronically mailed to the U.S. Trustee on leonard.j.depasquale@usdoj.gov on February 22, 2006.

/s/ Martha Hunt