UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

BRUSHY BROOK DEVELOPMENT CO., LLC
Debtor

BK 05-13009
CHAPTER 7

ORDER

This matter came to be heard on January 18, 2006 and various dates thereafter, and concluding on February 15, 2006 on the petitioning creditors' involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code. At hearing, it was conceded by the petitioners that the claim of Intergolf Design, Inc. was subject to a bona fide dispute. Following hearing the Court has found and concluded:

1. The following creditors are determined to be "insiders" of the debtor within the meaning of 11 U.S.C. § 101(31): Ferrucci Russo, PC; Thompson Hine, LLP; James Ottenbacher; Grant Schmidt; East River Design and Development, Inc.; Equity Management Partners, LLC; and Equity Management Resources, LLC;

2. There are fewer than twelve "holders" of claims against the Debtor within the meaning of 11 U.S.C. § 303(b)(2);

3. The claim of James Ottenbacher satisfies the requirements of 11 U.S.C. § 303(b)(2), and is therefore sufficient to sustain the involuntary petition;

4. The Debtor is determined to be generally not paying its debts as they become due;

5. The findings and conclusions of this Court with respect to the involuntary petition, whether written or oral, are incorporated herein by reference;

6. Except as stated herein, the Court makes no additional findings.

In light of the foregoing, it is hereby

ORDERED

That relief under chapter 7 of the United States Bankruptcy Code is granted against Brushy Brook Development Company, LLC.

Arthur N. Votolato
Bankruptcy Judge

**CERTIFICATION**

I hereby certify that a copy of the within Order was faxed to Theodore Orson, Esq. at 861-3103 and electronically mailed to the U.S. Trustee on leonard.j.depasquale@usdoj.gov on February 22, 2006.

/s/ Martha Hunt