FORM B5
(10-05)

# United States Bankruptcy Court

**District of** Rhode Island

# INVOLUNTARY PETITION

IN RE (Name of Debtor - If Individual: Last, First, Middle)
Stone Ridge, Inc.

ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)

06 10590

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)

STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)
None

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS

ZIP CODE

MAILING ADDRESS OF DEBTOR (If different from street address)
Stone Ridge, Inc.
c/o Vincent Naccarato, Esq.
P.O. Box 2976
Westerly, RI

ZIP CODE 02891

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
All assets are intangible

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7 ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ☒ Debts are primarily business debts

TYPE OF DEBTOR
- ☐ Individual
- ☐ Partnership
- ☒ Corporation
- ☐ Clearing Bank
- ☐ Stockbroker
- ☐ Railroad
- ☐ Health Care Business
- ☐ Commodity Broker
- ☐ Other: ____________

BRIEFLY DESCRIBE NATURE OF BUSINESS

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Brushy Brook Development Company, LLC | 05-13009 | Petition: 8/16/2005, Order: 3/1/06 |
| **Relationship** | **District** | **Judge** |
| Affiliate (wholly owned subsidiary) | Rhode Island | Hon. Arthur N. Votolato |

### ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

FILED JUN 20 '06 12:21 USBCRI

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor Stone Ridge, Inc.

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Case No.__________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X [signature]
Signature of Petitioner or Representative (State title)
Mark S. Spangler
Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity __________

X [signature] 6/20/06
Signature of Attorney Date
MacAdams & Wieck Incorporated
Name of Attorney Firm (If any)
101 Dyer St., Ste. 400, Providence, RI 02903
Address
(401) 454-8700
Telephone No.

X__________
Signature of Petitioner or Representative (State title)
__________
Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity __________

X__________
Signature of Attorney Date
Name of Attorney Firm (If any)
Address
Telephone No.

X__________
Signature of Petitioner or Representative (State title)
__________
Name of Petitioner Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity __________

X__________
Signature of Attorney Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mark S. Spangler<br>24 Salt Pond Rd., Ste B-1, Wakefield, RI 02879 | legal fees | $13,055.15 + interest |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____continuation sheets attached

Name of Debtor Stone Ridge, Inc.

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Case No.______________

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X [signature]<br>Signature of Petitioner or Representative (State title)<br>James Ottenbacher 4/21/06<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | X [signature] 6/21/06<br>Signature of Attorney Date<br>MacAdams & Wieck Incorporated<br>Name of Attorney Firm (If any)<br>101 Dyer St., Ste. 400, Providence, RI 02903<br>Address<br>(401) 454-8700<br>Telephone No. |
| X<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | X<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| X<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | X<br>Signature of Attorney Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| James Ottenbacher<br>PO Box 471, Cape Canaveral, FL 32920 | Loan | $255,640.00 plus interest |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

Name of Debtor Stone Ridge, Inc.

Case No. ____________________

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X Steven Kaufman
Signature of Petitioner or Representative (State title)
Steven Kaufman d/b/a/ SK Capital 7-13-06
Name of Petitioner Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X [signature] 6/20/06
Signature of Attorney Date
MacAdams & Wieck Incorporated
Name of Attorney Firm (If any)
101 Dyer St., Ste. 400, Providence, RI 02903
Address
(401) 454-8700
Telephone No.

X ____________________
Signature of Petitioner or Representative (State title)

Name of Petitioner Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X ____________________
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

X ____________________
Signature of Petitioner or Representative (State title)

Name of Petitioner Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X ____________________
Signature of Attorney Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Steven Kaufman | Unpaid Interest on Loan | 88,982.25 |
| Name and Address of Petitioner: PO # 1894 MAKAWAO | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner: HI 96768 | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

______ continuation sheets attached