UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

Stone Ridge, Inc.
Debtor(s)

BK No. 06-10590
Chapter 7

**ORDER FOR RELIEF**

Upon consideration of the involuntary petition filed on June 20, 2006, against the above-named debtor, and without an answer having been filed thereto, an order for relief under chapter 7 of Title 11 of the United States Code is hereby GRANTED. The Clerk shall enter the order for relief forthwith.

ORDER:

Deputy Clerk

Entered on Docket: 7/14/06

ENTER:

Arthur N. Votolato
U.S. Bankrupty Judge
Date: 7/14/06