**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**BRUSHY BROOK DEVELOPMENT COMPANY, LLC,**

**Appellant,**

**v.**

**INTERGOLF DESIGNS, INC., ET AL,**

**Appellees.**

**Case No. 06-128ML**

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that the business address for Orson and Brusini Ltd., counsel for Brushy Brook Development Company, LLC, has changed to 325 Angell Street, Providence, RI 02906. All other contact information remains the same.

ORSON AND BRUSINI LTD.

/s/ Theodore Orson

Theodore Orson #3871
325 Angell Street
Providence, RI 02906
(401) 223-2100
(401) 861-3103 fax
Dated: October 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

| | |
|---|---|
| John Boyajian, Esq.<br>Boyajian Harrington & Richardson<br>182 Waterman Street<br>Providence, RI 02906 | Boulder Brook Development Company, LLC<br>Thomas Carlotto, Esq.<br>Shechtman Halperin Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Peter J. Furness, Esq.<br>Brennan, Recupero, Cascione, Scungio & McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 | United States Trustee<br>Office of the United States Trustee<br>10 Dorrance Street<br>Providence, RI 02903 |
| Charles A. Pisaturo, Jr., Chapter 7 Trustee<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907-2817 | Vincent Indeglia, Esq.<br>INDEGLIA & ASSOCIATES<br>Attorneys at Law<br>1485 So. County Tr.<br>Ste. 200<br>East Greenwich, RI 02818 |
| Brushy Brook Management Company, LLC<br>Attn: Grant Schmidt, Manager<br>142 North Main Street<br>London, OH 93140 | Matthew McGowen, Esq.<br>Salter McGowan Sylvia & Leonard, Inc.<br>321 South Main Street, Suite 301<br>Providence, RI 02903 |
| Akhil Patel, Esq.<br>Thompson Hine, LLP<br>10 West Broad Street, Suite 700<br>Columbus, Ohio 43215-3435 | |

/s/ Theodore Orson