UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BRUSHY BROOK DEVELOPMENT
COMPANY, LLC

v.

INTERGOLF DESIGNS, INC.

CA 06-127 ML
CA 06-128 ML
CA 06-129 ML

ORDER

In each of these appeals, Charles A. Pisaturo, Jr., Trustee for the Appellant, has moved to dismiss the appeal. No objection having been filed, the Motions to Dismiss Appeal are hereby GRANTED.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
May 16, 2007