**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BRUSHY BROOK DEVELOPMENT CO., LLC

v.

CA 06-127ML
CA 06-128ML
CA 06-129ML

INTERGOLF DESIGNS, INC., et al.

**RETURN RECEIPT FOR DESIGNATION OF THE RECORD ON APPEAL**
**as filed in USDC-RI on June 28, 2006**
**as to Civil Action Nos. 06-127ML, 06-128ML, 06-129ML**

One box as to each case referenced above, consisting of multiple binders and transcripts.

David A. DiMarzio
Clerk of Court

By: ____________________
Deputy Clerk

Received by: ____________________

Date: 8/16/07